UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERRI R. LOWE, | § | |
| Plaintiff, | § § § | |
| v. | § § | No. 3:16-CV-3067-K |
| FIRESTONE TIRE & RUBBER CO., | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Rebecca Rutherford. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Summary Judgment [ECF No. 26] is GRANTED, and all of Plaintiff's claims and causes of action are DISMISSED with prejudice.

**SO ORDERED.**

**Signed August 9th, 2018.**

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE